# United States District Court
## Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC20 | 9340164 | A. Titus | 156 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 04/06/2021 1010 | 43 CFR 8365.1-4(b)(2) |

Place of Offense: Canyon Lake

Offense Description: Factual Basis for Charge  HAZMAT ☐

Possession of a controlled substance

LM2101 5390

### DEFENDANT INFORMATION

Last Name: Nichols
First Name: Trevor
MI: D.

[redacted address]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | SSR - Bike | | Black |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ MAND Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Trevor Nichols

Original - CVB Copy

*9340164*

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 4/6/ 20 21 while exercising my duties as a law enforcement officer in the Central District of CA

Please see attached PC Statement

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/06/2021    Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/13/2021 15:51

Incident # LM21015390     CVB Loc. Code CC20     Violation Notice #9340164

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04/06/2021, while exercising my duties as a law enforcement officer in the Central District of California

On 04/06/2021 at approximately 1040 hours, I was patrolling Bureau of Land Management (BLM) Public Lands in Section 26 of Canyon Lake. On this time and date I was wearing my duty issued BLM law enforcement uniform driving a BLM owned Polaris Razor. As I was patrolling the lakes edge, I noticed a small dirt bike parked with a male packing up fishing poles. This area is closed to motorized vehicles pursuant to Canyon Lake Ordinance 11.50.040 and is posted stating such as you enter the area of Hampshire Dr.

I contacted the male and later identified him as Trevor D. NICHOLS. NICHOLS stated I had warned him in the past for driving in the area. While talking with NICHOLS, I asked if he had anything illegal in his bag, such as marijuana, speed or any other controlled substance as well as any weapons. NICHOLS looked to the ground and said "No." I asked again if there was anything in the bag. NICHOLS then stated there was a "pipe" in the bag. I asked, "a meth pipe?" He stated "Yes." I gained consent to retrieve the pipe which I recognized through my training and experience as paraphernalia used in smoking methamphetamine. When looking inside the pipe in the bulb area I could clearly see pieces of white substance as well as throughout the stem of the pipe. The pipe was seized and secured in the UTV where it was later secured in a locked evidence vault in my patrol vehicle. No other illegal substances were found.

NICHOLS was issued federal violation notice 9340164 for possession of a controlled substance (methamphetamine) pursuant to 43 CFR 8365.1-4(b)(2). The process of appearing in court was explained to him. He was also issued warnings for driving in a closed area, fishing without a license, and having an unregistered dirt bike.

The substance tested positive, using a NIK Test Kit U, for having characteristics of methamphetamine.

The foregoing statement is based upon:
☒ My personal observation       ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: __04/06/2021_____
              Date (MM/DD/YYYY)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (MM/DD/YYYY)       U. S. Magistrate Judge

Page 1 of 1